# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CASTRO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STANDARD DISTRIBUTION CO.,<br><br>　　　　Defendant. | Case No. 1:16-cv-00758-DAD-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>TWENTY-ONE DAY DEADLINE |

On July 26, 2016, the parties filed a notice of settlement informing the Court that they have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within twenty-one days of the date of entry of this order.

IT IS SO ORDERED.

Dated: __**July 26, 2016**__

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE