UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CASTRO, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>STANDARD DISTRIBUTION CO., a Iowa corporation; and DOES 1–100, inclusive,<br><br>Defendants. | No. 1:16-cv-00758-DAD-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. Nos. 4 and 11) |

On August 16, 2016, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. No. 11.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case and terminate the pending motion to dismiss (Doc. No. 4) as having been rendered moot by the stipulated dismissal.

IT IS SO ORDERED.

Dated: **August 17, 2016**

                                              UNITED STATES DISTRICT JUDGE

1